IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Dustin Anthony Simmons,<br>      Plaintiff,<br><br>vs.<br><br>Orangeburg County, County 38; Chief<br>Willie Bamberg, Director, Orangeburg-<br>Calhoun Detention Center;<br>      Defendants. | C.A. No.: 6:10-00367-RBH<br><br>**ORDER** |

      Plaintiff, proceeding *pro se*, brought this suit pursuant to 42 U.S.C. § 1983. This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Kevin F. McDonald, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

      The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

1

Neither party has filed objections to the Report and Recommendation.[1] In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310 (4th Cir. 2005) stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is

**ORDERED** that this action is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

    s/R. Bryan Harwell
    R. Bryan Harwell
    United States District Judge

Florence, South Carolina
July 7, 2010

---

[1] As a matter of fact, the last two (2) times the Court has attempted to mail legal documents to Plaintiff, the envelopes have been returned undelivered. Most recently, the copy of the Report and Recommendation that the Court attempted to mail to Plaintiff was returned undelivered, with its envelope marked "Return to Sender; Out of Jail." *See* Envelope [Docket Entry 26].